JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NASIR UDDIN, AILYN ALCAIDE, ROBERT AMOS, ASMAR MARCUS AFRAM, MARISOL AVALOS, MARIO CAMPOS, DEANA CORRAL, CHARLES DAVIS, CLARISSA DIAZ, ROMAN GALPERIN, BONNIE L. GIESEGH, SALLY A. GOMEZ, DION McKENZIE, PAREKH YAGNESH, FRANCISCO RAMOS, LINDA A. SHEPARD, and GLENN THOMAS. <br><br> Plaintiffs, <br><br> vs. <br><br> RADIOSHACK CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. SACV 11-00398 CAS (JCGx) <br><br> [**PROPOSED**] **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE *WITH PREJUDICE*** <br><br> Complaint Filed: January 18, 2011 <br> Trial Date: TBD |

1 | The Court has read and considered the Joint Stipulation to Dismiss Case *With Prejudice* ("Stipulation") pursuant to a settlement of Plaintiffs' claims.

For the reasons set forth in the Stipulation and for good cause shown, the Court hereby Orders as follows:

1. Pursuant to the Stipulation, and Federal Rules of Civil Procedure Rule 41(1)(A)(ii), the entire action is hereby dismissed *with prejudice.*

IT IS SO ORDERED

DATED: December 3, 2014

_____
Hon. Christina A. Snyder
United States District Court Judge